IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SHANNON L. EDMONDS, AD2315, | ) | |
| Petitioner, | ) | No. C 13-2490 CRB (PR) |
| vs. | ) | ORDER |
| FRED FOULK, Warden, | ) | (Docket #8) |
| Respondent. | ) | |

Per order filed on June 13, 2013, petitioner's application for a writ of habeas corpus under 28 U.S.C. § 2254 was construed as a protective petition and stayed so that petitioner can exhaust his unexhausted claims in the state courts. Docket #5 at 2. The court instructed the clerk to administratively close the case and made clear that "[n]othing further will take place in this matter until petitioner exhausts all of his claims all the way thru the Supreme Court of California and, within 30 days thereafter, moves to reopen the case and lift the court's stay." Id.

Petitioner has nonetheless filed a motion for appointment of counsel. The motion (docket #8) is DENIED without prejudice to renewing after petitioner exhausts all of his claims and moves to reopen the case and lift the court's stay.

SO ORDERED.

DATED: July 2, 2013

CHARLES R. BREYER
United States District Judge

G:\PRO-SE\CRB\HC.13\Edmonds, S.13-2490.or1.wpd